1
2
3
4

# JS-6

5
6
7

8                    UNITED STATES DISTRICT COURT

9              FOR THE CENTRAL DISTRICT OF CALIFORNIA

10

11  50 South Anaheim, LLC,                ) Case No. SACV11-1938 CJC (ANx)
                                          )
12           Plaintiffs,                  ) Assigned to the Hon. Cormac J. Carney
                                          )
13      vs.                               )
                                          ) **ORDER DISMISSING ENTIRE**
14  TRAVELERS PROPERTY                    ) **CASE WITH PREJUDICE**
    CASUALTY COMPANY OF                   )
15  AMERICA, a Connecticut corporation;   )
    and DOES 1 through 20, inclusive      ) Action Filed: November 10, 2011
16                                        ) Action Removed: December 16, 2011
             Defendants,                  ) Trial Date: April 23, 2013
17                                        )
                                          )
18                                        )
                                          )
19                                        )

20
21
22
23
24
25
26
27
28

                                    -1-              SACV11-1938 CJC (ANx)
                                   ORDER

1    PURSUANT TO STIPULATION OF THE PARTIES AND GOOD

2   CAUSE having been shown therefor:

3        It is hereby ORDERED that this case be dismissed with prejudice and that

4   the parties shall bear their own attorneys' fees and costs of suit herein.

5

6        **IT IS SO ORDERED.**

7

8   DATED:  4/11/13

9                                        **Hon. Cormac J. Carney**
                                         United States District Court
10

11   Submitted by:
     WESTON & McELVAIN LLP
12   Randy M. McElvain, Esq. (State Bar No. 137046)
     Parisa Jassim, Esq. (State Bar No. 273915)
13   601 S. Figueroa St., Suite 2350
     Los Angeles, CA 90017
14   Telephone:   (213) 596-8000
     Facsimile:   (213) 596-8039
15   E-mail:      rmm7@wmattorneys.com
                  pjassim@wmattorneys.com
16
     Attorneys for Defendant
17   TRAVELERS PROPERTY CASUALTY
     COMPANY OF AMERICA
18

19

20

21

22

23

24

25

26

27

28