# JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 50 South Anaheim, LLC, | Case No. SACV11-1938 CJC (ANx) |
| Plaintiffs, | Assigned to the Hon. Cormac J. Carney |
| vs. | **ORDER DISMISSING ENTIRE CASE WITH PREJUDICE** |
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation; and DOES 1 through 20, inclusive | |
| | Action Filed: November 10, 2011 |
| | Action Removed: December 16, 2011 |
| Defendants, | Trial Date: April 23, 2013 |

1 | PURSUANT TO STIPULATION OF THE PARTIES AND GOOD
2 | CAUSE having been shown therefor:

3 | It is hereby ORDERED that this case be dismissed with prejudice and that
4 | the parties shall bear their own attorneys' fees and costs of suit herein.

6 | **IT IS SO ORDERED.**

8 | DATED: 4/11/13

_____
**Hon. Cormac J. Carney**
United States District Court

11 | Submitted by:
WESTON & McELVAIN LLP
12 | Randy M. McElvain, Esq. (State Bar No. 137046)
Parisa Jassim, Esq. (State Bar No. 273915)
13 | 601 S. Figueroa St., Suite 2350
Los Angeles, CA 90017
14 | Telephone: (213) 596-8000
Facsimile: (213) 596-8039
15 | E-mail: rmm7@wmattorneys.com
pjassim@wmattorneys.com

Attorneys for Defendant
17 | TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA